UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ROBIN ALEXANDER PINERO ABREU,

Petitioner,

v.

DERRICK STAMPER, et al.,

Respondents.

CIVIL NO.: 2:26-cv-00021-SDN

# JUDGMENT

Pursuant to the Order entered by U.S. District Judge Stacey D. Neumann, on January 17, 2026, and the Status Report filed by the Respondents, on March 13, 2026;

The Petition for Writ of Habeas Corpus is granted.

Jennifer P. Lyons, Clerk

By: /s/ Meghan York
Deputy Clerk

Dated: March 16, 2026